**Order entered March 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01510-CV

**TRENT STEVEN GRIFFIN, Appellant**

**V.**

**AMERICAN ZURICH INSURANCE COMPANY, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-05893**

## ORDER

We **GRANT** appellant's March 23, 2015 second motion for an extension of time to file a

brief. Appellant shall file a brief by **APRIL 6, 2015**. We caution appellant that no further

extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE